**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01398-CV

## IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07021**

## ORDER

Before the Court is Jared Zoch's January 30, 2017 pro se motion to extend time to file brief. Because the appellate record is not complete, we **DENY** the motion as premature. *See* TEX. R. APP. P. 38.6(a). The thirty-day deadline for filing the brief of appellant begins when both the clerk's record and reporter's record have been filed. *See id.*

/s/     ELIZABETH LANG-MIERS
         JUSTICE